# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hornby, D. Brock | District of Maine | 04/18/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge (senior status) | ☐ Nomination   Date <br> ☐ Initial   ☑ Annual   ☐ Final <br> 5b. ☐ Amended Report | 01/01/2011 <br> to <br> 12/31/2011 |

**7. Chambers or Office Address**

United States District Court
156 Federal Street
Portland, ME 04101

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Council Member | The American Law Institute |
| 2. | Member, Committee on Science, Technology and the Law | The National Academies |
| 3. | Power-of-Attorney | Member #1 |
| 4. | Co-Trustee | A Trust for the benefit of  Member #2 (name of trust |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D. Brock | 04/18/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | self-employed in management consulting, software development and rental property |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The American Law Institute | 01/19-21/2011 | Philadelphia, PA | Council Meeting | paid travel, lodging and meal expenses |
| 2. | The National Academies | 04/10-12/2011 | Washington, DC | CSTL Committee Meeting | paid travel, lodging and meal expenses |
| 3. | The American Law Institute | 10/19-21/2011 | New York, NY | Council Meeting | paid travel, lodging and meal expenses |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D. Brock | 04/18/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D. Brock | 04/18/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Bank of America accounts | A | Interest | K | T | | | | | |
| 2. | Ally Bank accounts | A | Interest | M | T | | | | | |
| 3. | Emigrant Direct | B | Interest | M | T | | | | | |
| 4. | PayPal Money Market | A | Interest | | | Closed | 07/21/11 | J | | |
| 5. | U.S. Savings Bonds | | None | L | T | | | | | |
| 6. | Maine State Turnpike Auth'y bonds | C | Interest | L | T | | | | | |
| 7. | Maine Health & Higher Edu. Facs. Auth'y bonds | D | Interest | M | T | Redeemed (part) | 07/1/11 | J | | |
| 8. | | | | | | Redeemed (part) | 09/09/11 | K | | |
| 9. | Puerto Rico Public Finance Corp. bond | B | Interest | K | T | | | | | |
| 10. | Bangor ME bond | A | Interest | K | T | | | | | |
| 11. | Scarborough ME bond | B | Interest | K | T | | | | | |
| 12. | Maine Municipal Bond Bank bond | B | Interest | K | T | | | | | |
| 13. | Portland ME Airport bond | A | Interest | J | T | | | | | |
| 14. | Puerto Rico Public Buildings Auth'y bond | B | Interest | K | T | | | | | |
| 15. | Commonwealth of Puerto Rico bonds | D | Interest | M | T | Buy | 05/05/11 | K | | |
| 16. | | | | | | Buy | 09/21/11 | K | | |
| 17. | | | | | | Buy | 09/23/11 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D. Brock | 04/18/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Univ. of Maine System bond | A | Interest | J | T | | | | | |
| 19. Puerto Rico Elec. Power Auth'y bond | B | Interest | K | T | | | | | |
| 20. Puerto Rico Aqueduct & Sewer Auth'y bond | A | Interest | K | T | Buy | 07/12/11 | J | | |
| 21. Lewiston, ME public improvement bond | B | Interest | K | T | | | | | |
| 22. Windham, ME gen'l purpose bond | A | Interest | K | T | Buy | 03/09/11 | K | | |
| 23. ME Gov't Facilities Auth'y bond | A | Interest | J | T | Buy | 01/26/11 | J | | |
| 24. RBC Wealth Mgt money mkt acct | A | Interest | J | T | | | | | |
| 25. T. Rowe Price Mutual Int'l Stock Funds | A | Dividend | K | T | | | | | |
| 26. (Y) see Part VIII for explanation | | | | | | | | | |
| 27. The MP63 Fund, Inc. (mutual fund) | A | Dividend | L | T | | | | | |
| 28. Brokerage Acct T. Rowe Price | | | | | | | | | |
| 29. -Cash Management Account | A | Interest | J | T | | | | | |
| 30. -com stk General Electric Co. | A | Dividend | J | T | | | | | |
| 31. -ADR Diageo PLC new | A | Dividend | K | T | | | | | |
| 32. -com stk Avon Products | A | Dividend | K | T | | | | | |
| 33. -ETF I Shares MSCI Mexico | A | Dividend | | | Donated | | | | |
| 34. -com stk First Service Corp. | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D. Brock | 04/18/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -com stk Sirius Satellite Radio | | None | | | Sold | 12/27/11 | J | | |
| 36. -Barclays Bank PLC iPath Index Fund | | None | J | T | | | | | |
| 37. -com stk Newell Rubbermaid | A | Dividend | J | T | | | | | |
| 38. -Vanguard Group Mutual Funds* | | | | | | | | | |
| 39. ---Asset Allocation Fund* | A | Dividend | J | T | | | | | |
| 40. ---Value Index Fund* | A | Dividend | K | T | | | | | |
| 41. ---Inflation Protected Security Inv* | A | Dividend | K | T | | | | | |
| 42. ---Strategic Equity Fund* | A | Dividend | J | T | | | | | |
| 43. ---Tax Mgt Int'l Fund* | A | Dividend | J | T | | | | | |
| 44. -Alpine Funds* | | | | | | | | | |
| 45. ---Dynamic Dividend* | B | Dividend | K | T | | | | | |
| 46. ---International Real Estate* | A | Dividend | K | T | | | | | |
| 47. ---Alpine Found. Fund fka Dynamic Balance* | A | Dividend | J | T | | | | | |
| 48. -Bridgeway Ultra-Small Company Mkt Fund* | A | Dividend | K | T | | | | | |
| 49. -Matthews Asian Funds* | | | | | | | | | |
| 50. ---Asia Growth Investor fka Asia Pacific* | A | Dividend | K | T | | | | | |
| 51. ---India* | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D. Brock | 04/18/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  -The Fairholme Fund* | B | Dividend | K | T | | | | | |
| 53.  -com stk Avon Products* | A | Dividend | K | T | | | | | |
| 54.  -com stk H.J. Heinz Co.* | A | Dividend | K | T | Sold (part) | 10/24/11 | J | A | |
| 55.  -com stk Illinois Tool Works* | A | Dividend | K | T | Sold (part) | 10/24/11 | J | A | |
| 56.  IRA Brokerage Acct T. Rowe Price #1 | | | | | | | | | |
| 57.  -Cash Management Acct | A | Interest | J | T | | | | | |
| 58.  -com stk Intel Corp. | A | Dividend | K | T | | | | | |
| 59.  -com stk Starbucks Corp. | A | Dividend | K | T | Buy | 01/12/11 | J | | |
| 60.  -com stk Popular, Inc. | | None | J | T | | | | | |
| 61.  -Washington REIT | B | Dividend | K | T | | | | | |
| 62.  -com stk Pioneer Natural Resources | A | Dividend | K | T | | | | | |
| 63.  -ETF I Shares MSCI Japan | A | Dividend | J | T | | | | | |
| 64.  -mutual Fairholme Fund | A | Dividend | K | T | | | | | |
| 65.  -Blackrock Int'l Bond Portfolio | A | Dividend | J | T | | | | | |
| 66.  -American Campus Communities REIT | A | Dividend | K | T | | | | | |
| 67.  -com stk Grupo Televisa | A | Dividend | J | T | | | | | |
| 68.  -Turkish Investment Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D. Brock | 04/18/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Prudent Bear Fund | | None | J | T | | | | | |
| 70. -com stk Peabody Energy Corp. | A | Dividend | J | T | | | | | |
| 71. -com stk Patriot Coal Corp. | | None | J | T | | | | | |
| 72. -Alpine Total Dynamic Div. Fund | A | Interest | J | T | | | | | |
| 73. -T. Rowe Price Emerging Europe Fund | | None | J | T | | | | | |
| 74. -Matthews Korea Fund | A | Dividend | J | T | | | | | |
| 75. -com stk Amazon.com | | None | K | T | | | | | |
| 76. -Wisdom Tree Large Cap Div Fund | B | Dividend | K | T | | | | | |
| 77. IRA Brokerage Acct T. Rowe Price #2 | | | | | | | | | |
| 78. -Cash Management Acct | A | Interest | K | T | | | | | |
| 79. -com stk DWS World Income Fund fkaDWS Europe Equity Fund | A | Dividend | J | T | | | | | |
| 80. -com stk Powershares QQQ | A | Dividend | K | T | | | | | |
| 81. -com stk Immunogen Inc. | | None | J | T | | | | | |
| 82. -U.S. Global Investors Eastern Europe (mutual) | | None | J | T | | | | | |
| 83. -Vanguard REIT Vipers | A | Dividend | J | T | | | | | |
| 84. -com stk Coca Cola | A | Dividend | J | T | | | | | |
| 85. -Vanguard Strategic Equity Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D. Brock | 04/18/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. -com stk Medtronic Inc. | A | Dividend | | | Sold | 12/08/11 | J | | |
| 87. -ADR Nokia Corp. | A | Dividend | | | Sold | 12/08/11 | J | | |
| 88. -Developers Diversified Realty REIT preferred Class H | A | Dividend | | | Sold | 12/08/11 | J | | |
| 89. (became DDR Corp. 09/12/11) | | | | | | | | | |
| 90. -com stk Cisco Systems Inc. | A | Dividend | J | T | | | | | |
| 91. -ADR Vodafone Group PLC | A | Dividend | | | Sold | 12/08/11 | J | | |
| 92. -com stk Nautilus Group Inc. | | None | | | Sold | 12/08/11 | J | | |
| 93. -com stk Developers Diversified Realty REIT | A | Dividend | | | Sold | 2/08/11 | J | | |
| 94. (became DDR Corp. 09/12/11) | | | | | | | | | |
| 95. -Value Line Fund Inc. | A | Dividend | K | T | | | | | |
| 96. -Prudent Bear Fund | | None | J | T | | | | | |
| 97. -Fidelity Nordic Countries Fund | A | Dividend | J | T | | | | | |
| 98. -I Shares MSCI Japan | A | Dividend | J | T | | | | | |
| 99. -T. Rowe Price Africa & Middle East Fund | A | Dividend | J | T | | | | | |
| 100. -I shares TR S&P Global Infrastructure Index Fund | A | Dividend | J | T | | | | | |
| 101. -Vanguard FTSE All-World ex-US ETF | B | Dividend | K | T | | | | | |
| 102. Pension Plan Acct. TIAA-CREF | | None | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D. Brock | 04/18/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Pension Plan Acct. TIAA-CREF | | None | O | T | | | | | |
| 104. 401K Plan CMC Interactive LLC | | | | | | | | | |
| 105. -First Eagle Over A Fund | D | Dividend | M | T | | | | | |
| 106. -Am. Fds Growth Fund R4 (RGAEX) | A | Dividend | K | T | | | | | |
| 107. -Perkins Mid-Cap Value Inv (JMCVX) Fund | A | Dividend | J | T | | | | | |
| 108. -Royce Total Return Fund | B | Dividend | L | T | | | | | |
| 109. -Oakmark Equity & Income J Fund | B | Dividend | L | T | | | | | |
| 110. -Selected American Fund | A | Dividend | K | T | | | | | |
| 111. -Columbia Acorn Fund | C | Dividend | L | T | | | | | |
| 112. -Pimco Total Return Fund | A | Dividend | J | T | | | | | |
| 113. -Schwab Int'l Index Fund | A | Dividend | K | T | | | | | |
| 114. -Principal Investors High Yield II Fund | B | Dividend | J | T | | | | | |
| 115. nonvoting stk Mandel Investment Corp. | D | Dividend | N | U | | | | | |
| 116. 1/2 unit ltd. partnership int. in Falls Development Assoc., | | | | | | | | | |
| 117. ltd. real estate partnership purchased 12/30/85; total | | | | | | | | | |
| 118. of $16,489.50 pd in installments completed 2/10/90 | | None | K | R | | | | | |
| 119. ltd. partnership int. in Miraculous, LLC, ltd. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D. Brock | 04/18/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. real estate partnership purchased 2/11/02 $50,000 | A | Distribution | L | R | | | | | |
| 121. Minnesota Life:endowment life | A | Dividend | J | T | | | | | |
| 122. Hornby Zeller Properties LLC (Y) | | | | | | | | | |
| 123. BACHZA, Inc. (Y) | | | | | | | | | |
| 124. | | | | | | | | | |
| 125. ▮▮▮ Member #1 (upon ▮▮▮ member's death assumed | | | | | | | | | |
| 126. power-of-atty ▮▮▮ on 8/25/11 and reporting | | | | | | | | | |
| 127. only for period thereafter) | | | | | | | | | |
| 128. -Advent Claymore Global Convert. Sec. & Income Fund | B | Dividend | | | Sold | 10/31/11 | J | | |
| 129. -AGIC Convert. & Income Fund | A | Dividend | | | Sold | 10/27/11 | J | | |
| 130. -AGIC Convert. & Income Fund II | | None | | | Sold | 10/31/11 | J | | |
| 131. -AllianceBernstein Global Bond Fund Cl. A | | None | J | T | | | | | |
| 132. -AllianceBernstein Global High Income Fund Inc. | B | Dividend | K | T | | | | | |
| 133. -Alpine Total Dynamic Div. Fund | C | Dividend | | | Sold | 10/27/11 | M | | |
| 134. -Alpine Ultra Short Tax Opt. Income Fund Investor Cl. | A | Dividend | J | T | | | | | |
| 135. -Bank of America Subord. InterNotes | D | Interest | L | T | | | | | |
| 136. -Calamos Convert. Opportunities & Income Fund | C | Dividend | K | T | Sold (part) | 10/27/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D. Brock | 04/18/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Calamos Global Dynamic Income Fund | A | Dividend | J | T | | | | | |
| 138. -Calamos Strategic Total Return Fund | B | Dividend | K | T | | | | | |
| 139. -Cohen & Steers Closed End Opportunity Fund Inc. | A | Dividend | J | T | | | | | |
| 140. -Cornerstone Strategic Value Fund Inc. | D | Dividend | K | T | | | | | |
| 141. -Cornerstone Total Return Fund Inc. | C | Dividend | | | Sold | 10/31/11 | K | | |
| 142. -Credit Suisse High Yield Bond Fund | C | Dividend | | | Sold | 10/27/11 | L | | |
| 143. -Cross Timbers Royalty Trust | B | Dividend | K | T | | | | | |
| 144. -Virtus Total Return Fund fka DCA Total Return Fund | B | Dividend | K | T | | | | | |
| 145. -Delaware River Port Auth'y PA&NJ Marine Terminal Bonds | B | Interest | K | T | | | | | |
| 146. -Dividend & Income Fund Inc. | A | Dividend | | | Sold | 10/27/11 | K | | |
| 147. -Dreyfus High Yield Strategies Fund | B | Dividend | | | Sold | 10/27/11 | K | C | |
| 148. -Eaton Vance Ltd Duration Income Fund | B | Dividend | K | T | | | | | |
| 149. -Eaton Vance Nat'l Municipal Income Trust | A | Dividend | | | Sold | 10/31/11 | J | A | |
| 150. -Eaton Vance Tax Advantaged Div. Income Fund | B | Dividend | K | T | | | | | |
| 151. -Essex Cty NJ Improve. Auth. Bonds | B | Dividend | K | T | | | | | |
| 152. -1st Tr. Strategic High Inc. Fund II - became III 10/04/11 | C | Dividend | L | T | | | | | |
| 153. -FL State Bd of Public Educ. Bonds | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D. Brock | 04/18/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Gen'l Elec. Cap. Corp. InterNotes | C | Interest | L | T | | | | | |
| 155. -Gen'l Motors Acceptance Corp. SmartNotes | B | Interest | K | T | | | | | |
| 156. -Harris Cty TX Cultural ED Bonds | A | Interest | J | T | | | | | |
| 157. -Helios High Yield Fund | A | Dividend | J | T | | | | | |
| 158. -Hudson Cty NJ Improve. Auth. Bonds-Weehawken | B | Interest | K | T | | | | | |
| 159. -Hudson Cty NJ Improve. Auth. Bonds-Hudson Cty lease | | None | L | T | Buy | 11/04/11 | L | | |
| 160. -ING Global Equity Div. & Prem. Opportunity Fund | A | Dividend | | | Sold | 10/27/11 | J | | |
| 161. -Inland Western Retail Real Estate Trust | C | Dividend | L | T | | | | | |
| 162. -iShares iBoxx $ High Yield Corp. Bond Fund | C | Dividend | L | T | | | | | |
| 163. -iSharies iBoxx $ Invest. Grade Corp. Bond Fund | A | Dividend | J | T | | | | | |
| 164. -Invesco High Yield Invest. Fund Inc. | A | Dividend | K | T | | | | | |
| 165. -Invesco Van Kampen High Income Trust II | A | Dividend | J | T | | | | | |
| 166. -JEA FL Elec. Sys. Rev. Elec. Bonds | B | Interest | L | T | | | | | |
| 167. -Lazard World Div. & Income Fund Inc. | A | Dividend | J | T | | | | | |
| 168. -LMP Real Estate Income Fund Inc. | A | Dividend | K | T | | | | | |
| 169. -Neuberger Berman Real Estate Sec. Income Fund Inc. | B | Dividend | L | T | | | | | |
| 170. -New America High Income Fund Inc. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D. Brock | 04/18/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -NJ Healthcare FACS Meridian Health Sys Bonds | B | Interest | K | T | | | | | |
| 172. -Nuveen Floating Rate Income Fund | B | Dividend | K | T | | | | | |
| 173. -Nuveen Floating Rate Income Opportunity Fund | A | Dividend | J | T | | | | | |
| 174. -Oppenheimer AMT-FREE Munis Fund Cl. A | A | Dividend | J | T | | | | | |
| 175. -com stk Pace Oil & Gas Ltd. | | None | J | T | | | | | |
| 176. -Peace River/Manasota Regl Wtr Bonds | B | Interest | K | T | | | | | |
| 177. -Pengrowth Enegry Corp. aka Pengrowth Energy Trust | B | Dividend | L | T | | | | | |
| 178. - Permian Basin Royalty Trust | B | Dividend | K | T | | | | | |
| 179. -Pimco Income Strategy Fund | B | Dividend | J | T | | | | | |
| 180. -Pimco Income Strategy Fund II | C | Dividend | K | T | | | | | |
| 181. -com stk Provident Energy Ltd. | A | Dividend | J | T | | | | | |
| 182. -Prudential Financial Inc. InterNotes | B | Interest | K | T | | | | | |
| 183. -Puerto Rico Aqueduct & Sewer Bonds 2024 | B | Interest | L | T | | | | | |
| 184. -Puerto Rico Aqueduct & Sewer Bond 2044 | | None | K | T | Buy | 11/04/11 | L | | |
| 185. -Puerto Rico Common. G/O RFDG Gen'l Purpose Bonds | B | Interest | K | T | | | | | |
| 186. -Puerto Rico Common. Hwys & Streets Bonds | B | Interest | K | T | | | | | |
| 187. -Puerto Rico Sales Tax Fing Cofina Bonds Ser. A | B | Interest | L | T | Buy | 11/30/11 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D. Brock | 04/18/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  -Puerto Rico Sales Tax Fing Cofina Bonds 2010 Ser. C | | None | K | T | | | | | |
| 189.  -Sabine Royalty Trust | B | Dividend | K | T | | | | | |
| 190.  -San Juan Basin Royalty Trust | A | Dividend | J | T | | | | | |
| 191.  -SLM Corp CPI Linked Med. Term Notes Ser A Mar. 2017 | A | Interest | | | Sold | 10/31/11 | J | C | |
| 192.  -SPDR Barclays Capital High Yield Bond ETF | B | Dividend | K | T | | | | | |
| 193.  -Texas State Tpke Auth. Cent. TX Tpke Bonds | B | Interest | L | T | | | | | |
| 194.  -USA Loan Fund DST | D | Dividend | L | T | | | | | |
| 195.  -Valero Energy Corp. New Notes | B | Interest | L | T | | | | | |
| 196.  -Wells Fargo Advantage Global Div. Opport. Fund | A | Dividend | | | Sold | 10/31/11 | J | | |
| 197.  -Wells Fargo Advantage Multi Sector Income Fund | A | Dividend | J | T | | | | | |
| 198.  -Western Asset High Income Fund II Inc. | A | Dividend | | | Sold | 10/27/11 | K | | |
| 199.  -Western Asset Worldwide Income Fund Inc. | A | Dividend | K | T | | | | | |
| 200.  -Zweig Total Return Fund Inc. | B | Dividend | K | T | | | | | |
| 201.  -RBC Bank Account | A | Interest | L | T | | | | | |
| 202.  -Clipper Fund Inc. | A | Dividend | L | T | | | | | |
| 203.  -DNP Select Income Fund Inc. | A | Dividend | J | T | | | | | |
| 204.  -com stk NRG Energy Inc. New | | None | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D. Brock | 04/18/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -SPDR S&P Dividend ETF | A | Dividend | J | T | | | | | |
| 206. -com stk Goldcorp Inc. | A | Dividend | K | T | | | | | |
| 207. -Credit Suisse Asset Mgt Income Fund Inc. | A | Dividend | J | T | | | | | |
| 208. -Blackrock Diversified Income Strategies Fund Inc. | A | Dividend | K | T | | | | | |
| 209. -Highland Credit Strategies Fund | A | Dividend | K | T | | | | | |
| 210. -Helios Strategic Income Fund Inc. | B | Dividend | L | T | | | | | |
| 211. -MFS Intermediate Income Trust | A | Dividend | J | T | | | | | |
| 212. -Pacholder High Yield Fund PHF | A | Dividend | J | T | | | | | |
| 213. -Putnam Master Intermediate Income Trust | A | Dividend | J | T | | | | | |
| 214. -NJ Econ. Dev't Auth'y Motor Vehicle Bond | | None | M | T | Buy | 11/08/11 | M | | |
| 215. -NJ Transp. Fund Rapid Transit Bond due 2020 | A | Interest | L | T | Buy | 11/08/11 | L | | |
| 216. -NJ Transp. Fund Rapid Transit Bond due 2038 | A | Interest | K | T | Buy | 11/08/11 | K | | |
| 217. -Virgin Islands Pub. Fin. Auth'y Bonds | | None | M | T | Buy | 11/28/11 | M | | |
| 218. -NJ Econ. Dev. Auth'y Primary & Secondary Educ. Bond | | None | M | T | Buy | 11/08/11 | M | | |
| 219. -NJ Educ. F Auth'y Princeton T Bond | | None | L | T | Buy | 11/14/11 | M | | |
| 220. -Puerto Rico Pub. Bldg. Auth'y Gov't Fac. Revenue Bond | | None | M | T | Buy | 11/17/11 | M | | |
| 221. -Gloucester Cty NJ Improvement Auth'y Bond | | None | K | T | Buy | 11/14/11 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D. Brock | 04/18/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -Calamos Global Dynamic Income Fund | A | Dividend | J | T | | | | | |
| 223. -Prudent Bear Federated Equity Funds | | None | J | T | | | | | |
| 224. -RMR Real Estate Income Fund | A | Dividend | K | T | | | | | |
| 225. -Managed High Yield Plus Fund Inc. | A | Dividend | | | Sold | 10/27/11 | K | | |
| 226. -Pharmaceutical Holder Trust Depositary Rcpt | A | Dividend | | | Sold | 10/27/11 | J | B | |
| 227. -Oil SVC Holders Trust Depositary Rcpt | | None | | | Sold | 10/27/11 | J | C | |
| 228. -Proshares Ultra S&P 500 ETF | | None | | | Sold | 10/27/11 | K | C | |
| 229. -Proshares Tr Ultra FTSE China | A | Dividend | | | Sold | 10/27/11 | J | | |
| 230. -Proshares Tr Ultra Real Estate | A | Dividend | | | Sold (part) | 10/27/11 | J | | |
| 231. | | | | | Sold | 11/07/11 | K | | |
| 232. -Eaton Vance Enhanced Equity Income Fund II | A | Dividend | | | Sold | 10/30/11 | J | | |
| 233. -Powershares Global Exch. Traded Tr Fund Emg Mkts SovDebt | A | Dividend | | | Sold | 10/31/11 | J | | |
| 234. -Vestn Realty Mtg II | | None | | | Sold | 10/31/11 | K | | |
| 235. -Proshares Ultrashort S&P 500 ETF | | None | | | Sold | 11/07/11 | J | | |
| 236. -Proshares Ultrashort MSCI EAFE ETF | | None | | | Sold | 11/07/11 | K | | |
| 237. -Proshares Ultrashort FTSE China 25 | | None | | | Sold | 11/07/11 | K | | |
| 238. -Proshares Ultrashort MSCI Emerging Mkt ETF | | None | | | Sold | 11/07/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D. Brock | 04/18/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239.  -Proshares Ultrashort Gold ETF | | None | | | Sold | 11/07/11 | K | | |
| 240.  -Proshares Ultrashort Telecommunications | | None | | | Sold | 11/07/11 | J | | |
| 241.  -Proshares Ultrashort Financials | | None | | | Sold | 11/07/11 | J | | |
| 242.  -Proshares Ultrashort Basic Materials | | None | | | Sold | 11/07/11 | K | | |
| 243.  -Proshares Ultrashort Russell 2000 | | None | | | Sold | 11/07/11 | J | | |
| 244.  -Proshares Ultra Midcap 400 | | None | | | Sold | 11/07/11 | J | | |
| 245.  -Proshares Ultrashort QQQ | | None | | | Sold | 11/07/11 | J | | |
| 246.  -Proshares Ultrashort MSCI Europe | | None | | | Sold | 11/07/11 | K | | |
| 247.  -Proshares Ultrashort Utilities Fund | | None | | | Sold | 11/07/11 | J | | |
| 248.  -Proshares Ultrashort Yen | A | Dividend | | | Sold | 11/07/11 | K | | |
| 249.  -RMR Real Estate Income Fund | B | Dividend | K | T | | | | | |
| 250. | | | | | | | | | |
| 251.  ▨ Member #2 (became Trustee/Co-Trustee ▨ | | | | | | | | | |
| 252.  member as result of a death on 08/08/11 and reporting only | | | | | | | | | |
| 253.  for period thereafter) | | | | | | | | | |
| 254.  -Alpine Global Dynamic Div. Fund | A | Dividend | | | Sold | 10/27/11 | J | | |
| 255.  -Alpine Total Dynamic Div. Fund | A | Dividend | | | Sold | 10/27/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. -Alpine Global Premier Properties Fund | | None | J | T | | | | | |
| 257. -AllianceBernstein Global High Income Fund Inc. | | None | J | T | | | | | |
| 258. -American Strategic Income Portfolio III Fund | | None | | | Sold | 10/27/11 | J | | |
| 259. -Blackrock Senior High Income Fund | | None | J | T | | | | | |
| 260. -Boulder Growth & Income Fund | | None | | | Sold | 10/27/11 | J | | |
| 261. -Cornerstone Progressive Return Fund | | None | | | Sold | 10/27/11 | K | | |
| 262. -Credit Suisse Asset Mgt Fund | A | Dividend | | | Sold | 10/27/11 | J | | |
| 263. -Credit Suisse High Yield Bond Fund | | None | | | Sold | 10/27/11 | J | | |
| 264. - Virtus Total Return Fund fka DCA Total Return Fund | | None | J | T | | | | | |
| 265. -Detroit Mich Water Supply Sys Bonds | A | Interest | J | T | | | | | |
| 266. -Div. & Income Fund | | None | | | Sold | 10/27/11 | J | | |
| 267. - DNP Select Income Fund Inc. | A | Dividend | J | T | | | | | |
| 268. -Dreyfus High Yield Strategies Fund | | None | | | Sold | 10/27/11 | J | A | |
| 269. -First Strategic High Income Fund II | A | Dividend | K | T | | | | | |
| 270. -Fort Myers FL Improvement Bonds | | None | J | T | | | | | |
| 271. -com stk Gladstone Capital Corp. | | None | | | Sold | 10/27/11 | J | | |
| 272. -Helios Advantage Income Fund Inc. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D. Brock | 04/18/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. -Highland Credit Strategies Fund | A | Dividend | J | T | | | | | |
| 274. -Managed High Yield Plus Fund Inc. | A | Dividend | | | Sold | 10/27/11 | J | | |
| 275. -Miami-Dade Cty FL Aviation Bonds | A | Interest | J | T | | | | | |
| 276. -RBC Bank Prime MM Fund RBC Reserve Class | A | Interest | L | T | | | | | |
| 277. -nonvoting stk Mandel Investment Corp. | D | Dividend | N | U | | | | | |
| 278. -AGIC Convert. & Income Fund | A | Dividend | | | Sold | 10/27/11 | J | | |
| 279. -Calamos Convertible Opportunities & Income Fund | A | Dividend | | | Sold | 10/27/11 | J | | |
| 280. -ING Global Equity Div. & Prem. Opportunity Fund | | None | | | Sold | 10/27/11 | J | | |
| 281. -Western Asset High Income Fund | | None | | | Sold | 10/27/11 | J | | |
| 282. -iShares iBoxx $ High Yield Corporate Bond Fund | | None | J | T | | | | | |
| 283. -Helios High Income Fund | | None | J | T | | | | | |
| 284. -Helios Strategic Income Fund | | None | J | T | | | | | |
| 285. -Helios Multi Sector High Income Fund | A | Dividend | J | T | | | | | |
| 286. -Invesco High Yield Investments Fund | A | Dividend | J | T | | | | | |
| 287. -Invesco Van Kampen Senior Income Trust | | None | J | T | | | | | |
| 288. -MFS Intermediate Income Trust | | None | J | T | | | | | |
| 289. -Neuberger Berman Real Estate Sec. Income Fund | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D. Brock | 04/18/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. -Neuberger Berman High Yield Strategies Fund | A | Dividend | J | T | | | | | |
| 291. -Pimco Income Strategy Fund | | None | J | T | | | | | |
| 292. -com stk Pengrowth Energy Corp. | A | Dividend | J | T | | | | | |
| 293. -Putnam Master Intermediate Income Trust | | None | J | T | | | | | |
| 294. -SPDR Series Trust Barclays High Yield Bond ETF | A | Dividend | J | T | | | | | |
| 295. -Western Asset High Income Fund II Inc. | | None | | | Sold | 10/27/11 | J | | |
| 296. -Zweig Total Return Fund Inc. | A | Dividend | J | T | | | | | |
| 297. | | | | | | | | | |
| 298. ▧▧ Member #3 (▧▧▧ Co-Trustee of ▧▧ trust | | | | | | | | | |
| 299. on 11/17/11 with following investments and reporting only | | | | | | | | | |
| 300. for period thereafter): | | | | | | | | | |
| 301. -AAG Holding Co. Inc. debentures | | None | J | T | | | | | |
| 302. -pfd ADR Aegon N.V. | A | Dividend | J | T | | | | | |
| 303. -Alpine Total Dynamic Div. Fund | A | Dividend | J | T | | | | | |
| 304. -com stk & warrants American Int'l Group Inc. | | None | J | T | | | | | |
| 305. -pfd stk Apartment Investment & Management Co. | | None | K | T | | | | | |
| 306. -com stk Ares Capital Corp. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D. Brock | 04/18/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. -ADR Banco Santander, S.A. | | None | J | T | | | | | |
| 308. -ADR Barclays Bank PLC | A | Dividend | J | T | | | | | |
| 309. -com stk Blackstone Group L.P. | A | Dividend | J | T | | | | | |
| 310. -Brandywine Realty Trust | | None | K | T | | | | | |
| 311. -BRT Realty Trust | | None | J | T | | | | | |
| 312. -Calamos Convert. Opportunities & Income Fund | A | Dividend | J | T | | | | | |
| 313. -CBRE Clarion Global Real Estate Income Fund | A | Dividend | J | T | | | | | |
| 314. -com stk Citizens Republic Bancorp Inc. | | None | K | T | | | | | |
| 315. -Clipper Funds Inc. | A | Dividend | J | T | | | | | |
| 316. -com stk Coeur D Alene Mines Corp. | | None | J | T | | | | | |
| 317. -com stk Corning Inc. | A | Dividend | J | T | | | | | |
| 318. -pfd stk Dillards Capital Trust | | None | K | T | | | | | |
| 319. -Dodge & Cox Int'l Stock Fund | A | Dividend | J | T | | | | | |
| 320. -com stk RR Donnelley & Sons Co. | A | Dividend | J | T | | | | | |
| 321. -com stk Eastman Kodak | | None | J | T | | | | | |
| 322. -Eaton Vance Ltd Duration Income Fund | A | Dividend | J | T | | | | | |
| 323. -com stk Exxon Mobil Corp. | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D. Brock | 04/18/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324.  -Fidelity NJ Municipal money mkt | A | Interest | K | T | | | | | |
| 325.  -First Industrial Realty Trust Inc. PFD | | None | J | T | | | | | |
| 326.  -com stk General Motors Co. | | None | J | T | | | | | |
| 327.  -pfd stk General Motors Co. | A | Dividend | J | T | | | | | |
| 328.  -ADR Gerdau, S.A. | A | Dividend | J | T | | | | | |
| 329.  -GMAC LLC Note | A | Interest | J | T | | | | | |
| 330.  -Great Atl & Pac Tea Co Inc. Note | | None | J | T | | | | | |
| 331.  -Hodges Fund | | None | J | T | | | | | |
| 332.  -com stk Hudson Pacific Properties Inc. | A | Dividend | J | T | | | | | |
| 333.  -Hussman Strategic Growth Fund | | None | J | T | | | | | |
| 334.  -pfd stk ING Groep, N.V. PFD | A | Dividend | J | T | | | | | |
| 335.  -ADR Itau Unibanco Holdings, S.A. | A | Dividend | J | T | | | | | |
| 336.  -com stk Lee Enterprises Inc. | | None | J | T | | | | | |
| 337.  -Lexington Realty Trust | | None | J | T | | | | | |
| 338.  -Mkt Vectors ETF Trust Mkt Vectors India Sm. Cap Index ETF | A | Dividend | J | T | | | | | |
| 339.  -Market Vectors Vietnam ETF | A | Dividend | J | T | | | | | |
| 340.  - com stk McCormick & Schmicks Seafood Restaurants Inc. | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D. Brock | 04/18/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 341. -com stk Merck & Co Inc | | None | K | T | | | | | |
| 342. -com stk Morgan Stanley | | None | J | T | | | | | |
| 343. -pfd stk MPG Office Trust Inc. | | None | J | T | | | | | |
| 344. -New Jersey State Tpk Auth. Revenue Bonds | | None | J | T | | | | | |
| 345. -ADR Nokia Oyj | | None | J | T | | | | | |
| 346. -Nuveen Global Value Opportunities Fund | A | Dividend | J | T | | | | | |
| 347. -Nuveen Quality Preferred Income Fund 2 | A | Dividend | J | T | | | | | |
| 348. -pfd stk PartnerRe Ltd. PFD | A | Dividend | K | T | | | | | |
| 349. -ADR Petroleo Brasileiro, S.A. Petrobras | A | Dividend | J | T | | | | | |
| 350. -Pimco High Income Fund | A | Dividend | J | T | | | | | |
| 351. -pfd stk Realty Income Corp. | A | Dividend | K | T | | | | | |
| 352. -com stk Robert Half Int'l Inc. | A | Dividend | J | T | | | | | |
| 353. -pfd stk Royal Bank of Scotland Group PLC PFD | A | Dividend | J | T | | | | | |
| 354. -com stk Ruths Hospitality Group Inc | | None | J | T | | | | | |
| 355. -pfd stk SL Green Realty Corp. Ser. C | | None | J | T | | | | | |
| 356. -pfd stk SL Green Realty Corp. Ser. D | | None | K | T | | | | | |
| 357. -pfd stk Sterling Bancorp Trust I PFD | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 358. -ADR Tata Motors Ltd. | | None | J | T | | | | | |
| 359. -pfd stk Taubman Centers Inc. | A | Dividend | K | T | | | | | |
| 360. -Third Ave. Sm Cap Value Fund Inc. | A | Dividend | J | T | | | | | |
| 361. -com stk Valley National Bancorp. | | None | K | T | | | | | |
| 362. -com stk Vishay Intertechnology Inc. | | None | J | T | | | | | |
| 363. -pfd stk Vornado Realty Trust | | None | K | T | | | | | |
| 364. | | | | | | | | | |
| 365. | | | | | | | | | |
| 366. | | | | | | | | | |
| 367. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D. Brock | 04/18/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 26: Several investments previously listed here are now listed under T. Rowe Price brokerage because they were transferred there 10/29/11. They are noted with "*."

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ D. Brock Hornby

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544